*Lewis, for appellant.*

J. C. CALHOUN ET AL *v.* KING & KING.

**Trial—Motion to Suspend Judgment.**

The entry of a motion for a new trial on the motion docket, and not prosecuting it in court, or having it entered on the minute or order book, is not sufficient to suspend a judgment.

APPEAL FROM M'CRACKEN CIRCUIT COURT.

December 7, 1870.

OPINION OF THE COURT BY JUDGE ROBERTSON:

The *ex parte* entry of the motion for a new trial on the motion docket out of court and never prosecuting it in court or having it, with the grounds of it, entered on the minutes or order book or calling it up for adjudication, was not sufficient to suspend the judgment. And the execution on that judgment was therefore legal, and the judgment of the circuit court to that effect was consequently right.

Wherefore, the judgment is *affirmed,* with damages.

*Rodman, for appellant.*

*King, for appellee.*